**Electronically Filed
Supreme Court
SCWC-13-0000785
30-SEP-2014
08:27 AM**

SCWC-13-0000785

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

FETU KOLIO,
Petitioner/Appellant/Plaintiff-Appellant,

vs.

HAWAI'I PUBLIC HOUSING AUTHORITY,
Respondent/Appellee/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000785; CIV. NO. 12-1-2339)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant/Plaintiff-Appellant's Application for Writ of Certiorari, filed on August 25, 2014, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, September 30, 2014.

Philip W. Miyoshi
for petitioner

Diane K. Taira,
John C. Wong, and
Jennifer R. Sugita
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

